

# Fourth Court of Appeals
## San Antonio, Texas

August 2, 2017

No. 04-17-00483-CR

**IN RE** Darryl **BUBAR**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Karen Angelini, Justice
Marialyn Barnard, Justice
Patricia O. Alvarez, Justice

On July 27, 2017, Relator filed a petition for writ of mandamus. The court has determined that it lacks jurisdiction to consider Relator's petition. Accordingly, the petition for writ of mandamus is DISMISSED FOR LACK OF JURISDICTION. *See* TEX. R. APP. P. 52.8(a). The court's opinion will issue at a later date.

It is so **ORDERED** on August 2, 2017.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of August, 2017.

_____
Luz Estrada
Chief Deputy Clerk

---

[1] This proceeding arises out of Cause No. 528310, styled *State of Texas v. Darryl Bubar*, pending in the County Court at Law No. 11, Bexar County, Texas, the Honorable Tommy Stolhandske presiding.